Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
(emailservices@slpattorney.com)
**Strategic Legal Practices, APC**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
DAYNA OWEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA OWEN, | Case No.: |
| Plaintiff, | |
| vs. | Assigned to: Dept. |
| HYUNDAI MOTOR AMERICA, and DOES 1 through 10, inclusive, | **COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS** |
| Defendants. | JURY TRIAL DEMANDED |

Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the action alleges claims pursuant to 15 U.S.C. §2310, the Magnuson-Moss Warranty Act, with a claim that exceeds the amount in controversy of $50,000, pursuant to 15 U.S.C. §2310(d)(3)(B).

2.    Furthermore, pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Eastern District of California because a substantial part of the events or omissions giving rise to the claim occurred within the judicial district.

## GENERAL ALLEGATIONS

3.    As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff DAYNA OWEN.

4.    Plaintiff is a resident of Sacramento County, California.

5.    As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint.

6.    Defendant HYUNDAI MOTOR AMERICA ("Defendant HMA") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and other motor vehicles and motor vehicle components in Sacramento County, California.

7.    Plaintiff is ignorant of the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474.  When Plaintiff becomes aware of the true names and capacities of the Defendants sued as DOES 1 to 10, Plaintiff will amend this Complaint to state their true names and capacities.

## FACTUAL BACKGROUND

8.    On or about December 17, 2016, in California, Plaintiff entered into a warranty contract with Defendant HMA regarding a 2017 Hyundai Elantra vehicle identification number 5NPD84LF1HH125251 (hereafter "Vehicle"), which was manufactured and/or distributed by Defendant HMA.

9.    The warranty contract contained various warranties, including but not limited to the bumper-bumper warranty, powertrain warranty, emission warranty, etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein. In addition, to the these warranties, Defendant HMA also provided Plaintiff with a California Emission Warranty, which Plaintiffs request Defendant HMA produce as part of its discovery obligations in this case.

10.    Pursuant to the Song-Beverly Consumer Warranty Act (the "Song-Beverly Act") Civil Code sections 1790, *et seq.* the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiff have used the vehicle primarily for those purposes. Plaintiff is a "buyers" of consumer goods under the Act. Defendant HMA is a "manufacturer" and/or "distributor" under the Song-Beverly Act.

11.    Plaintiff justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, *et seq.* by filing this Complaint and/or did so prior to filing the instant Complaint.

12.    These causes of action arise out of the warranty obligations of Defendant FCA in connection with a motor vehicle for which Defendant HMA issued a written warranty.

13.    Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the electricals, engine, and transmission, among other defects and non-conformities.

14.    Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

15.    Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before the filing of the complaint, when Plaintiff requested a buyback and/or restitution of the Subject Vehicle from Defendant HMA as the Vehicle continued to exhibit symptoms of defects following Defendant HMA's unsuccessful attempts to repair them. However, Defendant FCA failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

16.    Under the Song-Beverly Act, Defendant HMA had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[1]

17.    Defendant HMA has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

18.    Under the Song-Beverly Act, Plaintiff is entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to the first presentation to an authorized repair facility for a nonconformity.

19.    Plaintiff is entitled to replacement or reimbursement pursuant to Civil

---

[1] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US, LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Code, section 1794, et seq. Plaintiff is entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

20.    Plaintiff is entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

21.    Plaintiff is entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

22.    Plaintiff suffered damages in a sum to be proven at trial in an amount that exceeds $75,000.00.

23.    Plaintiff is entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act and/or Magnuson-Moss Warranty Act.

## TOLLING OF THE STATUTES OF LIMITATION

### A.    Class Action Tolling

24.    Under the tolling rule articulated in *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 94 S. Ct. 756, 38 L. Ed. 2d 713 (1974) ("*American Pipe*"), the filing of a class action lawsuit in federal court tolls the statute of limitations for the claims of unnamed class members until the class certification issue is resolved.  In applying *American Pipe* tolling to California cases, the California Supreme Court summarized the tolling rule derived from *American Pipe* and stated that the statute of limitations is tolled from the time of commencement of the suit to the time of denial of certification for all purported members of the class.  *Jolly v. Eli Lilly & Co.*, 44 Cal.3d 1103, 1119 (1988).  Tolling lasts from the day a class claim is asserted until the day the suit is conclusively not a class action.  *Falk v. Children's Hosp. Los Angeles*, 237 Cal. App. 4th 1454, 1464 (2015).

25.    The tolling of Plaintiff's individual statute of limitations encourages the protection of efficiency and economy in litigation as promoted by the class action devise, so that putative class members would not find it necessary to seek to

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

intervene or to join individually because of fear the class might never be certified or putative class members may subsequently seek to request exclusion.

**B.    Discovery Rule Tolling**

26.    Making it even more difficult to discover that the Subject Vehicle's engine suffered from a safety defect was Defendants' issuance of various TSBs and Recalls purporting to be able to fix various symptoms of the defects.

27.    As a result of the foregoing, Plaintiff did not become suspicious of Defendant's concealment of the latent defects and its inability to repair it until shortly before the filing of the complaint, when the issue persisted following Defendant's representations that the Vehicle was repaired, and thus contacted Defendant directly.

28.    Plaintiff always acted diligently in presenting the Subject Vehicle for repairs and following the directives of Defendant's authorized repair personnel.

29.    Defendants were under a continuous duty to disclose to Plaintiff the true character, quality, and nature of the Defendant Vehicles' suffering from the Defects, and the inevitable repairs, costs, time, and monetary damage resulting from the Defects. Due in part to Defendant's failure to do so, Plaintiff was unable to discover Defendant's wrongful conduct alleged herein until the issues persisted following Defendants attempts to conform the Vehicle to its warranties.

30.    Plaintiff discovered Defendants' wrongful conduct alleged herein shortly before the filing of the complaint, when Plaintiff requested a buyback and/or restitution of the Subject Vehicle from Defendant FCA as the Vehicle continued to exhibit symptoms of defects following Defendant FCA's unsuccessful attempts to repair them. However, Defendant FCA failed to provide restitution pursuant to the Song-Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

31.    Plaintiff incorporates herein the portions of Plaintiff's repair history set forth above, by reference.

1

C.     **The Repair Doctrine**

2

32.     The statute of limitations is tolled by various unsuccessful attempts

3

to repair the vehicle.[2]

4

33.     Additionally, the limitations period for warranty claims is tolled

5

against a defendant whenever that Defendant claims that the defect is susceptible

6

to repair and attempts to repair the defect.[3]

7

34.     Here, Defendant undertook to perform various defects repair

8

measures in the form of TSBs and recalls. During the time in which Defendant

9

represented to Plaintiff that the Vehicle was fixable and attempted to fix it, the

10

warranty period may thus have been tolled.

11

35.     Plaintiff discovered Defendants' wrongful conduct alleged herein

12

shortly before the filing of the complaint, when Plaintiff requested a buyback

13

and/or restitution of the Subject Vehicle from Defendant HMA as the Vehicle

14

continued to exhibit symptoms of defects following Defendant HMA's

15

unsuccessful attempts to repair them. However, Defendant HMA failed to provide

16

restitution pursuant to the Song-Beverly Consumer Warranty Act and/or

17

Magnuson-Moss Warranty Act.

18

**FIRST CAUSE OF ACTION**

19

**BY PLAINTIFF AGAINST DEFENDANT HMA**

20

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE § 1793.2**

21

36.     Plaintiff incorporates by reference the allegations contained in the

22

23

[2] See *Aced v. Hobbs–Sesack Plumbing Co.*, 55 Cal.2d 573, 585 (1961) ("The statute of limitations is tolled where one who has breached a warranty claims that the defect can be repaired and attempts to make repairs.") and *A&B Painting & Drywall, Inc. v. Sup. Ct.*, 25 Cal.App.4th 349, 355 (2002) ("Tolling during a period of repairs rests upon the same basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff upon the words or actions of the defendant that repairs will be made.").

24

25

26

27

[3] "Tolling during a period of repairs generally rests upon the same legal basis as does an estoppel to assert the statute of limitations, i.e., reliance by the plaintiff on the words or actions of the defendant that repairs will be made." *Cardinal Health 301, Inc., supra,* 169 Cal.App.4th at pp. 133–34.

28

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

paragraphs set forth above.

37.    Defendant HMA and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

38.    Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

39.    Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

40.    Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (e).

41.    Plaintiff seeks civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT HMA**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE § 1793.2**

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

42.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

43.    Although Plaintiff presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

44.    Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

45.    Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle, and has exercised a right to request a buyback.  By serving this Complaint, Plaintiff does so again.  Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire value of the Vehicle.  In the alternative, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

46.    Defendant FCA'S failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant FCA and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

### THIRD CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT HMA
### VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE § 1793.2

47.  Plaintiff incorporates by reference the allegations contained in paragraphs set forth above.

48.  In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period.  Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

49.  Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages; pursuant to Civil Code section 1794(c).

**FOURTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FCA**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(CIVIL CODE, § 1791.1; § 1794; § 1795.5)**

50.  Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

51.  Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

52.  Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

following requirements:  (1) The Vehicle will pass without objection in the trade under the warranty contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

53.    At the time of entering into the warranty contract, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the warranty contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

54.    Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

**FIFTH CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FCA**

**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**

55.    Plaintiff incorporates by reference the allegations contained in the paragraphs set forth above.

56.    Plaintiff is "consumer[s]" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

57.    Defendant is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

58.    The Subject Vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

59.    In addition to the express warranty, in connection with the sale of the

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

Vehicle to Plaintiff, an implied warranty of merchantability was created under California law. The Subject Vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the Vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

60.    In accordance with Defendant's warranty, Plaintiff delivered the Vehicle to Defendant's representatives, including its representatives in this state to perform warranty repairs. Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle, Plaintiff notified Defendant and its representative of the characteristics of the defects. However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion

61.    Defendant violated the Mag-Moss Act when it breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to repurchase and/or replace the Subject Vehicle.

62.    Plaintiff performed all terms, conditions, covenants, promises and obligations required to be performed on Plaintiff's part under the terms of the agreement, express warranty and implied warranty except for those terms and conditions, covenants, promises and obligations or payments for which performance and/or compliance has been excused by the acts and/or conduct of Defendant and/or by operation of law

63.    Plaintiff has also met all of Plaintiff's obligations and preconditions to bring this claim, or alternatively it would have been futile for Plaintiff to do so.

64.    In addition, Plaintiff has met all of Plaintiff's obligations for bringing this claim as provided in the written warranties, or alternatively, Defendant does not maintain an informal dispute resolution process for the purpose of resolving claims for breach of the implied warranty of merchantability, and does not maintain an informal dispute resolution process for resolving express warranty claims that complies with the requirements of 15 U.S.C. § 2310(a) and the rules and regulations adopted pursuant thereto by the Federal Trade Commission.

65.    As a direct and proximate result of the acts and omissions of the Defendant, Plaintiff has been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

66.    Under the Act, Plaintiff is entitled to reimbursement of the entire amount paid or payable.

67.    Plaintiff is entitled to all incidental, consequential, penalties, and general damages resulting from Defendant's failure to comply with their obligations under the Mag-Moss Act.

68.    Plaintiff has been damaged by Defendant's failure to comply with its obligations under the express warranty, implied warranty, as well as any other violations alleged here, and therefore bring this claim pursuant to 15 U.S.C. §2310(d) and seek remedies available pursuant to Magnuson-Moss Act under California law, including California Civil Code Section 1794 and/or California Commercial Code Sections 2711-2715, and/or other remedies that the Court may deem proper.

69.    Plaintiff is entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendant as follows:

a.    For general, special and actual damages according to proof;

b.    For restitution;

c.    For any consequential and incidental damages;

d.    For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

e.    For diminution in value;

f.    For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

g.    For prejudgment interest at the legal rate;

h.    For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

i.    For costs, expenses and attorney's fees reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2); and

j.    For such other relief as the Court may deem proper.

///

///

Dated: March 16, 2022         STRATEGIC LEGAL PRACTICES, APC

BY:    _____/s/ Tionna Dolin_____
TIONNA DOLIN
Attorneys for Plaintiff,
KRISTINA SPALDING

1

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: March 16, 2022          STRATEGIC LEGAL PRACTICES, APC

BY:     _____/s/ Tionna Dolin_____
                TIONNA DOLIN
                Attorneys for Plaintiff,
                KRISTINA SPALDING

# Exhibit A

HYUNDAI

2017
Owner's Handbook &
Warranty Information

USA

2016-12-15  오후 2:56:34

# OWNER INFORMATION CHANGE CARD

If you have changed your address or if you are the second or subsequent owner of your Hyundai, please notify us immediately by completing and mailing this owner information change card to:

Hyundai Customer Care Center
Hyundai Motor America
PO Box 20850
Fountain Valley, CA 92728

**Check one:**
❑ Change of Ownership
❑ Change of Address

I no longer own this automobile as of ___/___/___

It was:
❑ Exported     ❑ Sold
❑ Destroyed    ❑ Stolen

## NEW OWNER INFORMATION

CIRCLE: Miss | Ms. | Mrs. | Mr.

LAST NAME                FIRST                M.I.

MAIL ADDRESS: NUMBER                STREET            APT.

CITY/TOWN                STATE            ZIP CODE

TELEPHONE NUMBER   — ___ — ___   CIRCLE: Home | Work | Cell

VEHICLE IDENTIFICATION: The VIN is located on the driver's side of the dash.

VEHICLE IDENTIFICATION NUMBER

_____
SIGNATURE

ODOMETER READING

## TABLE OF CONTENTS

OWNER INFORMATION CHANGE CARD ..................................................................................1

SECTION 1    OWNER INFORMATION ...............................................................................4

SECTION 2    HYUNDAI ROADSIDE ASSISTANCE PROGRAM .......................................6

SECTION 3    CONSUMER INFORMATION ..........................................................................9

HYUNDAI WARRANTY INFORMATION .........................................................................12

HYUNDAI SUMMARY OF WARRANTY COVERAGE ....................................................13

* SECTION 4    HYUNDAI NEW VEHICLE LIMITED WARRANTY ........................................ 14

* SECTION 5    HYUNDAI HYBRID SYSTEM WARRANTY ................................................. 20

* SECTION 6    HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER) ............ 22

* SECTION 7    HYUNDAI ANTI-PERFORATION LIMITED WARRANTY ............................... 24

* SECTION 8    FEDERAL EMISSION DEFECT WARRANTY ............................................... 26

* SECTION 9    FEDERAL EMISSION PERFORMANCE WARRANTY ................................... 28

              5 YEARS/60,000 MILES FEDERAL EMISSION WARRANTY PARTS ............... 30

* SECTION 10   CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY .................... 35

              5 YEARS/60,000 MILES CALIFORNIA EMISSION WARRANTY PARTS ........ 38

* SECTION 11   REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY ......... 43

MAINTENANCE RECORD .............................................................................................46

**\* FOR ROADSIDE ASSISTANCE CALL 1-800-243-7766 (See page 6 for details)**

2016-12-15  오후 3:29:45

Hyundai USA ALL 17MY(Main)(161215).indd   3

# SECTION 1

## HYUNDAI VEHICLE OWNER PRIVACY POLICY

Your Hyundai vehicle may be equipped with technologies and services that use information collected, generated, recorded or stored by the vehicle. Hyundai has created a Vehicle Owner Privacy Policy to explain how these technologies and services collect, use, and share this information.

You may read our Vehicle Owner Privacy Policy on the HyundaiUSA.com website at: https://www.hyundaiusa.com/owner-privacy-policy.aspx. If you would like to receive a hard copy of our Vehicle Owner Privacy Policy, please contact our Customer Care Center at:

Hyundai Motor America/Phoenix Hyundai Customer Care Center
P.O. Box 83835
Phoenix, AZ 85071-3835
1-800-633-5151
consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Care assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST.

## GENERAL INFORMATION

This handbook describes the consumer information and warranties relating to your new Hyundai vehicle.

Please read this handbook carefully to familiarize yourself with the type of service which you are entitled to under each of the warranties applicable to your new Hyundai vehicle.

To familiarize yourself with your new Hyundai vehicle, we suggest you also review the maintenance requirements and operational features described in the Hyundai Owner's Manual.

4

SECTION 1

OWNER INFORMATION

SECTION 1

## PRE-DELIVERY INSPECTION

To ensure your satisfaction and long term enjoyment of your new Hyundai vehicle, your selling dealership has inspected and conditioned your vehicle to Hyundai's recommended inspection and pre-delivery procedure standards.

## PERIODIC INSPECTION AND MAINTENANCE

Regular inspection and maintenance by skilled Hyundai technicians are the key to more efficient operation of the vehicle. This inspection and maintenance must be carried out in accordance with the recommendations given in the Hyundai Owner's Manual.

5

## SECTION 2

### HYUNDAI ROADSIDE ASSISTANCE PROGRAM

The Hyundai Roadside Assistance Program reflects Hyundai's commitment to your complete satisfaction with the Hyundai ownership experience. It is available to you in all 50 states and Canada, 24 hours a day, 365 days a year.

### 60 MONTHS/UNLIMITED MILES COVERAGE

Roadside Assistance is provided on all new 2017 model Hyundai vehicles from the date the vehicle is delivered to the first retail buyer or otherwise put into use (in-service date), whichever is earlier, for a period of 60 months/unlimited miles.

## HYUNDAI ROADSIDE ASSISTANCE PROGRAM

### TO RECEIVE ASSISTANCE CALL 1-800-243-7766

A toll-free call to the Hyundai Roadside Assistance line will provide you with assistance for various Roadside Events. See "Coverage" section for details on program coverage. To receive Roadside Assistance, call the Hyundai Roadside Assistance Program phone number, and provide a representative with the following:

- o Your Name
- o Vehicle Identification Number (VIN) located on the driver's side dashboard
- o Vehicle Mileage
- o Vehicle Location
- o Description of your vehicle's problem

SECTION 2

6

2016-12-15    오후 3:29:45

## SECTION 2

## SECTION 2

# COVERAGE

The Hyundai Roadside Assistance Program provides you with the following services:

o National Hyundai Dealership Locator Service provides you with the location or phone number of Hyundai Dealerships or Authorized Service Facilities in the United States.

o Roadside Events are defined as either:
  1. Towing: Transport for your vehicle to the nearest Hyundai Dealership or Authorized Service Facility, in the unlikely event your vehicle is inoperable, or
  2. Roadside Services:
     – Dead Battery/Jump Start
     – Flat Tire Change
       (except vehicles that have been supplied with the Tire Mobility Kit instead of a spare tire)
     – Lock Out Service (keys locked in car)
     – Gas Delivery (up to three gallons, where permissible, at no charge when you run out)

# HYUNDAI ROADSIDE ASSISTANCE PROGRAM

o If your vehicle has been diagnosed by an authorized Hyundai dealership and if the reason for the disablement is a warrantable issue, please contact the Hyundai Customer Care Center toll free number at 1-800-633-5151 to request reimbursement.

o Examples of non-warranty related tows would include accidents or any other tow incident that is not the result of a defect in materials or workmanship.

o Trip Interruption Benefit: In the event a warrantable mechanical disablement occurs more than 150 miles away from home, and your vehicle is disabled overnight due to a repair in process, Hyundai Roadside Assistance will reimburse you for reasonable expenses for meals, lodging, or alternate transportation. Trip Interruption Benefit is limited to $100 per day, subject to a three-day maximum limit per incident.

o Incidental or Consequential Damages, including without limitation, Loss of Time, Inconvenience, Loss of Use of the vehicle, or Commercial Loss are not covered under this Program.

7

## SECTION 2

### EXCLUSIONS

Roadside Assistance is not available for off-road conditions, or conditions manifesting themselves off-road. To receive service, the vehicle must be accessible from a publicly maintained road.

Roadside Assistance is NOT A WARRANTY. For a description of the warranty covering your 2017 Hyundai, see the Hyundai New Vehicle Limited Warranty Section of this Owner's Handbook. Roadside Assistance is a limited service, provided to you to help minimize any unforeseen vehicle operation inconvenience.

The Hyundai Roadside Assistance Program does not include reimbursement for any costs/charges for repairs, parts, labor, property loss or any other expense incurred as a result of accident/collision, vehicle abuse, racing, vandalism or other items not covered by the Hyundai New Vehicle Limited Warranty. Also excluded are services for snow tires, repair to studs, mounting or demounting of snow chains, and any fines, fees or taxes associated with impound towing as a result of any actual or alleged violation of any law or regulation.

## HYUNDAI ROADSIDE ASSISTANCE PROGRAM

Hyundai Motor America (HMA) reserves the right to limit services or reimbursement to any owner or driver when, in Hyundai Motor America's judgment, the claims are excessive in frequency or type of occurrence.

8

**SECTION 2**

# SECTION 3

## CONSUMER INFORMATION

### HYUNDAI'S CONSUMER ASSISTANCE PROCESS

Hyundai is dedicated to achieving the highest level of consumer satisfaction with our product through quality design and workmanship and customer service. Your Hyundai dealership is in the best position to assist you with your sales, service or parts needs.

In the event you have a concern with your vehicle, being able to provide the information below will be helpful in seeking assistance:

- Name and address
- Vehicle model and model year
- Date of purchase
- Vehicle Identification Number
  (a 17-Digit number found on driver's side dashboard)
- Current mileage
- Selling and servicing dealership
- Service history of your vehicle
- Brief description of concern
- Day/evening telephone number
- What you are seeking

We recommend you use the following steps to resolve your vehicle's performance or servicing concerns:

1) First, speak to the Service Advisor at the dealership. This person is in the best position to respond to your concerns.
2) Should you require additional assistance, speak with the Service Manager or General Manager at the dealership.
3) After consulting with your dealership, if you feel additional clarification or help is needed, write or call our Customer Care Center:

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
**1-800-633-5151**
Consumeraffairs@hmausa.com

Hyundai's Customer Care Center representatives are available Monday through Friday, between the hours of 5:00 AM and 7:00 PM PST and Saturday and Sunday between 6:30 AM and 3:00 PM PST (English). For Customer Care Center assistance in Spanish or Korean, representatives are available Monday through Friday between 6:30 AM and 3:00 PM PST. They are prepared to answer any questions regarding your Hyundai, and may also provide assistance in getting your concern resolved through the dealership.

9

## SECTION 3

### ALTERNATIVE DISPUTE RESOLUTION

Hyundai Motor America's internal consumer assistance process will make every effort to resolve every customer concern in a satisfactory manner. We realize, however, that mutual agreement on some issues may not be possible. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai Motor America provides an Alternative Dispute Resolution (arbitration) program. Hyundai offers the program through:

    BBB AUTO LINE
    Alternative Dispute Resolution Division
    Council of Better Business Bureaus, Inc.
    3033 Wilson Boulevard, Suite 600
    Arlington, Virginia 22201
    1-800-955-5100

This service is provided at no cost to you and is part of Hyundai's effort to provide you with an impartial third-party organization to equitably resolve your concerns.

AUTO LINE will perform arbitration services on disputes involving Hyundai vehicles with an alleged nonconformity, defect, or deficient warranty performance, as may be required by state or federal law.

10

## CONSUMER INFORMATION

NOTE: If your state law requires written notification to the manufacturer please write:

    HYUNDAI MOTOR AMERICA
    Hyundai Customer Care Center
    PO Box 20850
    Fountain Valley, CA 92728
    Consumeraffairs@hmausa.com

To begin the Alternative Dispute Resolution (arbitration) process, simply call the Council of Better Business Bureaus at 1-800-955-5100 and you will be sent a Customer Claim Form, along with a handbook describing how BBB AUTO LINE works. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

IMPORTANT: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so.

SECTION 3

## SECTION 3

## CONSUMER INFORMATION

A decision should be rendered within 40 days of AUTO LINE's receipt of your properly completed Customer Claim Form. BBB will send you a copy of the arbitrator's decision and if you accept the decision, all parties must comply with the decision within the time limits (performance date) set by the arbitrator.

Approximately two weeks after the "performance date", BBB shall contact the consumer to verify that the arbitrators' decision has been completed.

AUTO LINE's decisions do not include attorney's fees, civil penalties, punitive damages, multiple damages or consequential damages other than incidental damages which you may be entitled to under law.

If you reject the decision of the arbitrator you may pursue other legal remedies under state or federal law; the company will not be obligated to perform any part of the decision. Depending on federal or state law, the decision may or may not be introduced as evidence by the consumer or the company in any civil court action relating to any matter that has been resolved in your arbitration hearing and BBB involvement in the case will end as well.

**Important: Please refer to the first page of the Hyundai New Vehicle Limited Warranty section of this Owner's handbook for more important information regarding alternative dispute resolution and other legal remedies available to you.**

11

# Hyundai Warranty Information

12

2016-12-15   오후 3:29:46

# HYUNDAI SUMMARY OF WARRANTY COVERAGE

|  | YEARS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| New Vehicle | 5 years/60,000 miles | | | | | | | | | |
| • Adjustments | 1 year/12,000 miles | | | | | | | | | |
| • Air Conditioner Refrigerant Charge | 1 year/UNLIMITED MILEAGE | | | | | | | | | |
| • Paint | 3 years/36,000 miles | | | | | | | | | |
| • Radio, CD/DVD Player, Navigation System, Bluetooth | 5 years/60,000 miles | | | | | | | | | |
| • 12V Battery | 3 years/36,000 miles | | | | | | | | | |
| Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery ① | 10 years/100,000 miles | | | | Lifetime (ORIGINAL OWNER) | | | | | |
| Hybrid System and Plug-in Hybrid System | 10 years/100,000 miles | | | | | | | | | |
| Powertrain ② | 5 years/60,000 miles | | | | | 10 years/100,000 miles (ORIGINAL OWNER) | | | | |
| Anti – Perforation | 7 years/UNLIMITED MILEAGE | | | | | | | | | |
| Emissions – Federal | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions – Federal Specific Components ③ | 8 years/80,000 miles | | | | | | | | | |
| Emissions – California | 5 years/60,000 miles (or up to first required scheduled maintenance, whichever occurs first) | | | | | | | | | |
| Emissions – California Specific Components ④ | 8 years/80,000 miles OR 7 years/70,000 miles | | | | | | | | | |
| Replacement Parts | 1 year/12,000 miles | | | | | | | | | |
| Accessories (installed by Authorized Hyundai Dealership) ⑤ | 5 years/60,000 miles | | | | | | | | | |
| Accessories (sold over the counter) | 1 year/UNLIMITED MILEAGE | | | | | | | | | |

① Hyundai Lifetime Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery Warranty – Original Owner (applies to Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery only). The original owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. The warranty for the Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery will remain in effect throughout the ownership period for the original owner.
② Original Owner 10 Years/100,000 Miles, Subsequent Owner(s) 5 Years/60,000 Miles
③ Specific components, see "Federal Emission Warranty Parts," NOTE1, page 30
④ Specific components, see "California Emission Warranty Parts," NOTE1 and NOTE3, page 38
⑤ A Hyundai Genuine accessory installed by an Authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered up to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

# SECTION 4

## WARRANTOR

Hyundai Motor America (HMA) warrants your new 2017 Hyundai vehicle pursuant to the limited warranties described in this Owner's Handbook.

## LIMITATIONS

Any implied warranty of merchantability or fitness for a particular purpose is limited to the duration of these written warranties, except where the duration of implied warranties is limited by state law in which case the state law duration limit shall apply. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

These stated warranties give you specific legal rights. You may have other rights, which vary from state to state depending upon applicable state law.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

14

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

## ALTERNATIVE DISPUTE RESOLUTION

If a dispute arises regarding your warranty coverage, please follow the steps described under the "Consumer Information" section of this handbook. To ensure that you have had an opportunity to have your concern fully reviewed, Hyundai provides an Alternative Dispute Resolution (arbitration) program that is offered through:

BBB AUTO LINE
Alternative Dispute Resolution Division
Council of Better Business Bureaus, Inc.
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201
1-800-955-5100

Important: You must use BBB AUTO LINE prior to seeking remedies through a court action pursuant to the Magnuson-Moss Warranty Act ("the Act"), except in Georgia, although that option is still available to you. However, if you choose to seek remedies that are not created by the Act, you are not required to use BBB AUTO LINE, although that option is still available to you. You must also use BBB AUTO LINE if you are seeking remedies under the "Lemon Laws" of your state if your state statute requires you to do so. Please consult the "Consumer Information" section of this handbook and the Owner's Handbook Supplement for more information about the BBB AUTO LINE program. Time and mileage limitations may apply. Please refer to the Owner's Handbook Supplement for additional information regarding eligibility requirements in your state.

# SECTION 4

## WARRANTY TRANSFERABILITY

The New Vehicle Limited, Anti-Perforation Limited, Federal Emission Performance, Federal Emission Design and Defect, California Emission Control Systems, and Replacement Parts and Accessories Limited warranty coverage described in this handbook apply to the vehicle regardless of a change in ownership, and are transferable to subsequent owners.

The 10 years/100,000 miles Powertrain Limited Warranty is not transferable and applies only to the original owner, as defined under "Original Owner" included in the Powertrain Limited Warranty (Original Owner) section of this Owner's Handbook.

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

## WARRANTY JURISDICTION

These warranties apply to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C. Vehicles manufactured to other than United States' specifications, distributed by other than HMA, and registered and normally operated outside the 50 United States and Washington, D.C., are entitled to warranty service on the basis of the warranty applicable to such other distributing country.

## JUDGMENT OF ALL WARRANTY MATTERS

Hyundai Motor America reserves the right to furnish the final decisions in all warranty matters.

15

# SECTION 4

## WHAT IS COVERED

Repair or replacement of any component originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What Is Not Covered." Towing expense to the nearest Hyundai Dealership or Authorized Service Facility is covered when the vehicle is inoperable due to a warrantable defect. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The warranty period is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

## BATTERY *

An original equipment battery found to be defective in material or workmanship will be covered for the first 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first.

*  The battery specified in the paragraph above refers to the standard 12 Volt battery and not the Hybrid Battery, Plug-in Hybrid Battery nor the Electric Vehicle Battery which is covered under separate warranty requirements.

## ADJUSTMENTS

Most service adjustments required as a result of a manufacturing deficiency are covered for the first year or 12,000 miles, whichever occurs first. Thereafter, all adjustments will be considered owner maintenance responsibility.

16

Hyundai USA ALL 17MY(Main)(161215).indd   16

2016-12-15   오후 3:29:46

SECTION 4

## SECTION 4

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

* Retain maintenance service records. It may be necessary for you to show that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Deliver the vehicle during regular service business hours to any authorized Hyundai Dealership to obtain warranty service.
* Check for trim, paint or other appearance concerns at the time the new vehicle is delivered.

## WHAT IS NOT COVERED

* Normal maintenance services such as: cleaning & polishing, minor adjustments, lubrication, oil/fluid changes, filters, anti-freeze coolant replenishment, wheel alignment and tire rotation, unless such services are performed as part of a covered warrantable repair.
* Normal maintenance items (#) are warranted in normal service, only when the replacement is the result of a defect in material or factory workmanship, for 12 months from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first, or up to the first scheduled maintenance replacement interval (# – such as belts, brake pads and all bulbs, except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first).

17

SECTION 4

## AIR CONDITIONER REFRIGERANT CHARGE

Air conditioner refrigerant charge is covered for the first year from the date of original retail delivery or date of first use with no mileage limitation, unless the refrigerant charge is done as part of a warrantable repair.

## RADIO AND SOUND SYSTEMS

An equipment radio, CD player, DVD player, Bluetooth, and Navigation System are covered for the first 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

## PAINT

Paint repairs are covered for the first 3 years from the date of original retail delivery or date of first use or 36,000 miles, whichever occurs first.

Some minor cosmetic imperfections that are visible at delivery are covered for 1 year from the date of original retail delivery or date of first use, or 12,000 miles, whichever occurs first.

## OWNER'S RESPONSIBILITIES

* Proper use, maintenance and care of your vehicle in accordance with the instructions contained in this handbook and in the Hyundai Owner's Manual.

## SECTION 4

* Normal deterioration or wear of any part.
  – Spark plugs
  – Worn brake pads/linings
  – Worn clutch linings
  – Filters
  – Worn wiper blades
  – Bulbs and fuses (except halogen bulbs which are covered up to 3 years from the date of original retail delivery or date of first use, or 36,000 miles, whichever occurs first)
  – Other wear and consumable items
* Any vehicle where the odometer mileage has been altered.
* Any vehicle that has been scrapped and a certificate of salvage has been issued for the vehicle.
* Damage or failure resulting from:
  – Negligence of proper maintenance as required in the Hyundai Owner's Manual.
  – Misuse, abuse, accident, theft, water/flooding or fire.
  – Use of improper or insufficient fuel, fluids or lubricants.
  – Use of parts other than Hyundai Genuine Parts, or parts of non-equivalent quality and design.
  – Any device and/or accessories not supplied by Hyundai.
  – Modifications, alterations, tampering or improper repair.
  – Parts or accessories used in applications for which they were not designed or not approved by HMA.

## HYUNDAI NEW VEHICLE LIMITED WARRANTY

  – Slight irregularities not recognized as affecting quality or function of the vehicle or parts, such as slight noise or vibration, or items considered characteristic of the vehicle.
  – Tires (See separate tire manufacturer's warranty).
  – Airborne "fallout", industrial fall-out, acid rain, salt, hail and wind storms, or other Acts of God.
  – Paint scratches, dents, or similar paint or body damage.
  – Action of road elements (sand, gravel, dust or road debris) which result in stone chipping of paint and glass.
  – Damage by rodents or any other damage not resulting from defects in material or workmanship.
* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## OBTAINING WARRANTY SERVICE

Warranty service will be provided by an authorized Hyundai dealership without charge for parts or labor. This warranty will not apply to warranty service performed by those other than an authorized Hyundai dealership.

## SECTION 4

# HYUNDAI NEW VEHICLE LIMITED WARRANTY

## SECTION 4

### TIRE INFORMATION

Tires originally equipped on Hyundai vehicles are warranted directly by the tire manufacturer.

In the event that you need assistance in locating an authorized tire dealership, please contact your authorized Hyundai dealership, or Hyundai Customer Care Center.

19

# SECTION 5

## WHAT IS COVERED

Repair or replacement of HYBRID SYSTEM components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What Is Not Covered." Towing expense to the nearest Hyundai Dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

## WARRANTY PERIOD

The Warranty period for the following HYBRID SYSTEM components is limited to 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

*HYUNDAI LIFETIME HYBRID BATTERY WARRANTY – Original Owner Only. The Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. The warranty for the Hybrid Battery will remain in effect throughout the ownership period for the original owner.

20

# HYUNDAI HYBRID SYSTEM WARRANTY

For subsequent owners, the Hybrid Battery, Plug-in Hybrid Battery, and Electric Vehicle Battery is warranted for 10 years from the date of original retail delivery or date of first use, or 100,000 miles, whichever occurs first.

Note: For California Emissions Vehicles certified as a partial zero-emission vehicles, (PZEV) (excluding Delaware, Pennsylvania and Washington), the Plug-in Hybrid Battery is covered for 10 years from the date of original retail delivery or date of first use, or 150,000 miles, whichever occurs first.

## HYBRID SYSTEM

Hybrid Battery*, along with the following Hybrid-Specific components that are directly attached to or integral to operation of the Hybrid Battery: Hybrid Battery Wire Harness; Battery Management System and Wire Harness; Blower Assembly; Electronic Air Compressor; Active Air Flap Active Hydraulic Booster; EV Fuse; Service Disconnect Plug; Power Relay Assembly; Hybrid Starter & Generator; Auto Transmission & Traction Motor including housing case; clutch and all internal parts; Hybrid Power Control Unit; Electronic Oil Pump Assembly; Electronic Water Pump with In and Out Hose Module.

## OWNER'S RESPONSIBILITIES

Your responsibilities are the same as those described in Hyundai New Vehicle Limited Warranty.

# HYUNDAI HYBRID SYSTEM WARRANTY

21

SECTION 5

## WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## SECTION 6

### WHAT IS COVERED

Repair or replacement of powertrain components listed below, originally manufactured or installed by Hyundai Motor Company, Hyundai Motor Group, Hyundai Motor Manufacturing Alabama (HMMA), Kia Motors Manufacturing Georgia (KMMG) or Hyundai Motor America (HMA) that are found to be defective in material or factory workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered." Towing expense to the nearest Hyundai dealership or authorized service location is covered when the vehicle is inoperable due to a warrantable defect within 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first. "Owner's Responsibilities" and "Obtaining Warranty Service" are the same as specified under the Hyundai New Vehicle Limited Warranty. Repairs will be made using new Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

### WARRANTY PERIOD

For original owners only, this Powertrain Limited Warranty will begin upon expiration of the 5 years/60,000 miles New Vehicle Limited Warranty, and will continue to cover the Engine and Transmission/Transaxle powertrain components listed on the following page up to 10 years from the date of original delivery or the date of first use, or 100,000 miles, whichever occurs first. The Powertrain Limited Warranty is not transferable to any subsequent owner. For subsequent owners, powertrain components are covered under the New Vehicle Limited Warranty for 5 years/60,000 miles, whichever occurs first.

The Powertrain Limited Warranty excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

22

## SECTION 6

### SECTION 6

# HYUNDAI POWERTRAIN LIMITED WARRANTY (ORIGINAL OWNER)

## ENGINE

Cylinder block/head and all internal parts, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, rocker cover and engine mounts, and turbocharger.

## TRANSMISSION/TRANSAXLE

Case and all internal parts, axle shafts (front/rear), constant velocity joints, front/rear hub bearings, propeller shafts, seals and gaskets, torque converter and converter housing and clutch cover and housing, transfer case, and rear differential for Hyundai vehicles.

∗ Auto Transmission of HEV vehicle is covered under HYBRID SYSTEM WARRANTY.
  See the detailed information in the Hybrid Warranty Section on page 20.

## WHAT IS NOT COVERED

Items not covered by this warranty and any exclusion or limitations relating to this warranty are the same as those set forth in the "What is Not Covered" section of the Hyundai New Vehicle Limited Warranty already described in this handbook.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## ORIGINAL OWNER

Original Owner is defined as the first retail purchaser of the vehicle who took delivery of the vehicle on its date of first use. If the vehicle was first placed in service as a lease vehicle, and the lessee purchases the vehicle at the end of the lease, the 10 years/100,000 miles Powertrain Limited Warranty remains in effect.

If the vehicle was first placed in service as a Hyundai Motor America (HMA) Manager Demonstrator Vehicle, or Hyundai Service Loan Car, the original (first) retail purchaser of the vehicle is considered the original owner, and the 10 years/ 100,000 miles Powertrain Limited Warranty remains in effect. This warranty is not transferable to any subsequent owner. Subsequent owners have powertrain components covered under the 5 years/60,000 miles Hyundai New Vehicle Limited Warranty. The 10 years/100,000 miles Powertrain Limited Warranty also excludes coverage for vehicles placed in commercial use (e.g. taxi, route delivery, rental, etc.).

23

SECTION 7

# SECTION 7

## WHAT IS COVERED

Any Hyundai vehicle body sheet metal found, under normal use, to have developed a perforation (rust hole through the body panel) from corrosion due to defects in material or factory workmanship.

## WARRANTY PERIOD

7 years/unlimited mileage from the date of original retail delivery or date of first use.

# HYUNDAI ANTI-PERFORATION LIMITED WARRANTY

## OWNER'S RESPONSIBILITIES

Your responsibilities are the same as those described in the Hyundai New Vehicle Limited Warranty with the exception of one additional requirement:

* Retain any body repair records. It may be necessary for you to show that the required anti-corrosion material has been applied to any previously replaced or repaired body components.

* Exhaust system components.

* Corrosion of any part of the vehicle other than body panels.

* Corrosion of body panels that have been previously repaired or refinished from the original factory finish after the date of retail sale, except for body panels repaired under this Anti-Perforation Limited Warranty.

* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

24

## SECTION 7

## HYUNDAI ANTI-PERFORATION LIMITED WARRANTY

* Corrosion of any body panel replaced after the date of retail sale, except panels replaced under this Anti-Perforation Limited Warranty.

* Corrosion other than perforation. Cosmetic or surface corrosion due to defects in material or factory workmanship is covered under Paint Coverage for 36 months or 36,000 miles, whichever occurs first.

* Corrosion of the exterior surface of the underbody panels such as floor pan.

* Corrosion resulting from: misuse, accident or fire, stone chipping, airborne "fallout", industrial and/or chemical fallout, acid rain, tree sap, hail, wind storm, flood, or other Acts of God.

* Corrosion caused by lack of proper maintenance, misuse, or abuse.

* Matching of paint. Painting of the entire vehicle for matching of paint is not covered. Painting of the replaced or repaired panel to match the vehicle's original finish is to be decided by HMA on a case by case basis.

* The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding perforation defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

25

# SECTION 8

## FEDERAL EMISSION CONTROL WARRANTY STATEMENT

In accordance with the Federal Clean Air Act, as amended, Hyundai Motor America (HMA) warrants to the original and each subsequent owner of each new 2017 Hyundai vehicle that the vehicle: (1) was designed, built and equipped to conform at the time of sale to applicable federal regulations and (2) is free from defects in material and workmanship at the time of sale which would cause the vehicle to fail to conform with such regulations for a period of 5 years from the date of original retail delivery or date of first use or 60,000 miles, whichever occurs first, or up to first required scheduled maintenance, whichever occurs first. Additionally, certain major emissions control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. Any part of this vehicle covered under this warranty which proves to be defective will be repaired or replaced by an authorized Hyundai dealership using new or remanufactured Hyundai Genuine Parts. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners. Failures, other than those resulting from defects in material or workmanship, which arise solely as a result of owner abuse and/or lack of proper maintenance, are not covered by the warranty.

# FEDERAL EMISSION DEFECT WARRANTY

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## WHAT IS COVERED

The primary components covered are listed on the following "5 Years/60,000 Miles Federal Emission Warranty Parts List" and "8 Years/80,000 Miles Federal Emission Warranty Parts List."

Hyundai USA ALL 17MY(Main)(161215).indd   26

2016-12-15   오후 3:29:47

SECTION 8

## SECTION 8

# FEDERAL EMISSION DEFECT WARRANTY

Some items require scheduled replacement as part of the scheduled maintenance of the vehicles. Replacement of these items is warranted in normal service up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Hyundai Owner's Manual and its Scheduled Maintenance Section).

27

## SECTION 9

### WARRANTY JURISDICTION

This warranty applies to vehicles manufactured to either Federal specifications or California specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

### WHAT IS COVERED

Some states and local jurisdictions have established periodic vehicle inspection and maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an I/M program in your area has U.S. Environmental Protection Agency (EPA) approval, you may be eligible for HMA's performance warranty coverage under the following conditions:

1. The vehicle has been maintained and operated in accordance with the scheduled maintenance instructions described in the Hyundai Owner's Manual provided with your vehicle.

28

### FEDERAL EMISSION PERFORMANCE WARRANTY

2. The vehicle fails to conform during the warranty period to the applicable emission standards as determined by an emissions test approved by the Environmental Protection Agency (EPA).
3. The failure to conform results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, such as denial of the right to operate or use the vehicle or a fine under local, state or federal law.

If all of the above conditions are met, HMA warrants that any authorized Hyundai dealership will replace, repair or adjust to Hyundai's specifications, at "NO CHARGE", any of the components listed on the following Federal Emission Warranty Parts chart, which may be necessary to cause your vehicle to conform to the applicable federal emission standards.

## SECTION 9

### WARRANTY PERIOD

This warranty is effective for 5 years from the date of original retail delivery or if the vehicle is first placed in service as a "demonstrator" or "Company" car prior to delivery, on the date it is first placed in service, or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first. Additionally, certain major emission control components listed under the following "8 Years/80,000 Miles Federal Emission Warranty Parts List" will be covered for a period of 8 years from the date of original retail delivery or date of first use, or 80,000 miles, whichever occurs first. This warranty coverage applies to the vehicle regardless of a change in ownership and is transferable to subsequent owners.

Note:
Federal Emission Warranty

The Federal government requires minimum emission warranty coverage for the first 2 years or 24,000 miles of vehicle use, with coverage for the first 8 years or 80,000 miles for catalytic converters, the electronic engine control module, and the onboard emissions diagnostic device.

Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and provides 8 years or 80,000 miles coverage on the specific components noted.

### FEDERAL EMISSION PERFORMANCE WARRANTY

### EMISSION WARRANTY PARTS LIST

Some items require scheduled replacement and are warranted up to the first replacement interval or up to the limits of the applicable emission warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance section in the Hyundai Owner's Manual). The following is a listing of Emission Parts covered under the emission warranties. For more details about the specific parts that are covered by the Federal Emission Defect Warranty, contact your dealership. If failure of one of the following components results in failure of any other vehicle part, both parts will be covered by the Federal Emission Performance Warranty.

–  8 YEARS/80,000 MILES FEDERAL EMISSION DESIGN AND
   DEFECT WARRANTY PARTS LIST

If the vehicle has been in use more than 60 months from the date of original delivery or date of first use, or 60,000 miles but less than 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first, the following major emissions control components will be covered up to 8 years from the date of original delivery or date of first use, or 80,000 miles, whichever occurs first.

Catalytic Converter
Engine Control Module (includes Onboard Emission Diagnostic Device)

29

# SECTION 9

SECTION 9

# FEDERAL EMISSION PERFORMANCE WARRANTY

**Air Induction System**
Air Cleaner Assembly
Intake Manifold
Surge Tank
Turbocharger Assembly
Intercooler Assembly
Exhaust Gas Recirculation
EGR Cooler
**Fuel Metering System**
Coolant Temperature Sensor
Air Flow Sensor
Manifold Absolute Pressure Sensor
Speed Sensor
Fuel Injectors
Fuel Delivery Line
Fuel Pump
High Pressure Pump (GDI)
Pressure Sensor
Throttle Body
Throttle Position Sensor
Idle Speed Control System
Oxygen Sensor
Engine Control Module   *8/80: All vehicles
Knock Sensor
**Ignition System**
Spark Plugs and Ignition Wires
Ignition Coil
Camshaft Position Sensor
Crankshaft Position Sensor
**Valve Timing System**
Oil Control Valve Assy
Oil Temperature Sensor
**Evaporative Control System**

Vapor Storage Canister
Canister Close Valve
Canister Purge Control Valve
Fuel Tank
Fuel Tank Pressure Sensor
Fuel Filler Cap
Vapor Liquid Separator
ORVR (Vent) Valve
Rollover (Cut) Valve
**Positive Crankcase Ventilation System**
PCV Valve and Hose
**Catalyst and Exhaust System**
Exhaust Manifold Catalytic Assembly   *8/80: All vehicles
Exhaust Manifold
Exhaust Pipe (from manifold to catalyst)
Catalytic Converter Assembly   *8/80: All vehicles
**Charging System**
Alternator
Battery Sensor
OAD
**Hybrid System**
Hybrid Battery Pack Assy  *10/100 (The Hybrid Battery Pack Assy is warranted for Lifetime for the
Original Owner only, Subsequent Owner is 10/100)
Battery Management system  *10/100 Original Owner & Subsequent Owner
Hybrid Power Control Unit  *10/100 Original Owner & Subsequent Owner
**Miscellaneous Items Used In Above Systems**
Hoses, clamps, gasket or seals
Wires, harnesses, connectors
All sensors (switches, solenoids, valves) associated with the ECM
**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**   *8/80: All Vehicles
Malfunction Indicator Light and Bulb
Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*

**NOTE 1 :**  Parts designated by "8/80" are warranted for 8 years or 80,000 miles, whichever occurs first, under the Federal Emission Warranty.
**NOTE 2 :**  Specific emission parts covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs
first (See Hyundai Owner's Manual for required scheduled maintenance).
**NOTE 3 :**  Specific Hybrid System Parts designated by "10/100" are warranted for 10 years or 100,000 miles, whichever occurs first. See the detailed information in
the Hybrid Warranty Section on Page 20.

30

## SECTION 9

## WHAT IS NOT COVERED BY THESE EMISSION WARRANTIES

THE FEDERAL EMISSION DEFECT WARRANTY AND THE FEDERAL EMISSION PERFORMANCE WARRANTY SHALL NOT APPLY TO:

– Normal maintenance service (such as filters).
– Malfunctions in any part directly caused by misuse, modification, improper adjustment, alteration, tampering, disconnection, improper or inadequate maintenance, or use of leaded gasoline or contaminated fuel.
– Damage resulting from an accident or an Act of God.
– Any vehicle on which the odometer reading has been altered so that mileage cannot be readily determined.
– Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
– Parts or accessories used in applications for which they were not designed or not approved by HMA.
– Parts not supplied by HMA or damage to other parts caused directly by using non-Hyundai parts, non-EPA certified replacement parts in the maintenance or repair of the vehicle which ultimately prove to be defective in material or workmanship, or not equivalent from an emission control standpoint to the original equipment part.

## FEDERAL EMISSION PERFORMANCE WARRANTY

– INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE regarding emission systems defects are limited to the duration of these emission system warranties. Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the limitations or exclusions set forth regarding these warranties may not apply to you.

## OWNER'S RESPONSIBILITY

It is the owner's obligation to properly maintain and use the vehicle in accordance with Hyundai's written instructions in the Hyundai Owner's Manual. Failures caused by inadequate or improper maintenance are not covered by the warranty. To help resolve questions as to whether the proper vehicle maintenance has been performed, HMA urges that the owner retain all maintenance service records and receipts indicating that service has been performed on the vehicle.

31

2016-12-15   오후 3:29:47

# SECTION 9

## REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new or remanufactured Hyundai Genuine Parts.

THE WARRANTY OBLIGATIONS ARE NOT DEPENDENT UPON THE USE OF ANY PARTICULAR BRAND OF REPLACEMENT PARTS. THE OWNER MAY ELECT TO USE NON-GENUINE HYUNDAI PARTS FOR REPLACEMENT PURPOSES. THE USE OF REPLACEMENT PARTS WHICH ARE NOT EQUIVALENT MAY IMPAIR THE EFFECTIVENESS OF THE EMISSION CONTROL SYSTEM.

If other than Hyundai Genuine Parts are used for maintenance replacements or for the repair of components affecting emission control, the owner should determine that such parts are warranted by their manufacturer to be equivalent to Hyundai Genuine Parts in performance and durability.

"New or Remanufactured Hyundai Genuine Parts" when used in connection with Hyundai vehicles, means parts manufactured by or approved by Hyundai, designed for use on Hyundai vehicles and distributed by HMA.

# FEDERAL EMISSION PERFORMANCE WARRANTY

## MAINTENANCE SERVICE

MAINTENANCE, REPLACEMENT OR REPAIR OF THE EMISSION CONTROL DEVICES AND SYSTEMS MAY BE PERFORMED BY ANY QUALIFIED AUTOMOTIVE REPAIR ESTABLISHMENT OR INDIVIDUAL USING ANY PART CERTIFIED PURSUANT TO APPLICABLE EMISSION REGULATIONS;

HOWEVER, WARRANTY SERVICE MUST BE PERFORMED BY AN AUTHORIZED HMA DEALERSHIP.

Claims under the Federal Emission Performance Warranty may not be denied due to the failure of a properly installed certified non-Hyundai Genuine Part.

Claims may be denied on the basis of an uncertified replacement part used in the maintenance or repair of a vehicle if Hyundai presents evidence that the uncertified replacement part is either defective in materials or workmanship or not equivalent from an emission standpoint to the original equipment part and the vehicle owner is unable to rebut the evidence.

32

2016-12-15   오후 3:29:47

## SECTION 9

Receipts covering the performance of maintenance service should be retained in the event questions arise concerning maintenance. These receipts should be transferred to each subsequent owner of this vehicle. HMA reserves the right to deny warranty coverage if the vehicle has not been properly maintained. However, denial will not be based solely on the absence of maintenance records.

These warranties apply only to vehicles manufactured to United States' specifications which are distributed by Hyundai Motor America and registered and normally operated in the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, and includes the commonwealth of the Northern Mariana Islands. Vehicles manufactured to other than United States' specifications, distributed by other than HMA and registered and normally operated outside the 50 United States and Washington, D.C., the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa, or the Commonwealth of the Northern Mariana Islands are entitled to service of the emission control systems on the basis of the warranty applicable to such other distribution country.

## FEDERAL EMISSION PERFORMANCE WARRANTY

### CLAIMS PROCEDURE

To obtain warranty service under these warranties, the owner should return the vehicle to an authorized Hyundai dealership place of business during its normal service business hours, where such service will be performed at no charge for parts, labor, diagnosis and tax.

If an owner's warranty claim under the 2017 Federal Emission Performance Warranty is denied, HMA will provide the owner with a written explanation of why the claim was denied 1) within 30 days from the time you bring the car to a Hyundai dealership, or 2) within the time required by local, state, or federal law for the vehicle to be repaired without incurring further penalty, whichever is shorter.

Failure to provide an explanation within the 30-day period shall obligate HMA to remedy the nonconformity under the Federal Emission Performance Warranty except:

o   When delay is requested by the vehicle owner.
o   When delay is caused by factors beyond the control of
    HMA or authorized Hyundai dealership.

33

## SECTION 9

# FEDERAL EMISSION PERFORMANCE WARRANTY

If your Hyundai dealership cannot repair your vehicle or process your claim within a reasonable time, please contact your Hyundai Customer Care Center for assistance: office for assistance.

HYUNDAI MOTOR AMERICA
Hyundai Customer Care Center
PO Box 20850
Fountain Valley, CA 92728
1-800-633-5151
Consumeraffairs@hmausa.com

Further information can be obtained from and complaints registered with:

U.S. Environmental Protection Agency
Office of Transportation and Air Quality
Compliance Division, Light-Duty Vehicle Division
Attn: Warranty Complaints
2000 Traverswood Drive
Ann Arbor, MI 48105
E-mail: complianceinfo@epa.gov

34

Hyundai USA ALL 17MY(Main)(161215).indd   34

2016-12-15   오후 3:29:47

## SECTION 10

**SECTION 10**

**CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY**

## CALIFORNIA EMISSION CONTROL WARRANTY STATEMENT

### YOUR WARRANTY RIGHTS AND OBLIGATIONS

The California Air Resources Board and Hyundai Motor America (HMA) are pleased to explain the California Emission Control System Warranty on your 2017 Hyundai vehicle certified for sale in California.

In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. HMA must warrant the emission control system on your Hyundai vehicle for the periods of time listed below, provided there has been no abuse, neglect or improper maintenance of your Hyundai vehicle.

Your emission control system includes parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies. Where a warrantable condition exists, HMA will repair your Hyundai vehicle at no cost to you including diagnosis, parts and labor.

### MANUFACTURER'S WARRANTY COVERAGE:

1. For 5 years or 60,000 miles (whichever occurs first):
   - If your Hyundai vehicle fails a Smog Check inspection, all necessary diagnosis, repairs and adjustments will be made by HMA to ensure that your vehicle passes the inspection. This is your California Emission Control System PERFORMANCE WARRANTY.
   - If any emission-related part on your vehicle is defective, the part will be repaired or replaced by HMA. This is your short-term California Emission Control System DEFECT WARRANTY.

2. Long-term California Emission Control System DEFECT WARRANTY If an emission-related part listed in this Owner's Handbook on the Warranty Parts List specifically noted with coverage for "7 years or 70,000 miles" or "8 years or 80,000 miles" is defective, the part will be repaired or replaced by HMA. This is your long-term California Emission Control System DEFECT WARRANTY.
   o  Specific emission components are covered for 7 years or 70,000 miles, whichever occurs first, see Page 38, NOTE1.
   o  Specific emission components are covered for 8 years or 80,000 miles, whichever occurs first, see Page 38, NOTE2.

35

## SECTION 10

3. For 2017 Elantra, 2017 Sonata, 2017 Sonata Plug-in Hybrid, and 2017 Ioniq Plug-in Hybrid model certified as a partial zero-emission vehicles, (PZEV) only, all parts covered under the PERFORMANCE WARRANTY and the DEFECT WARRANTY, which are listed in this Owner's Handbook on the Emission Warranty Parts List, are warranted for 15 years or 150,000 (excluding the Plug-in Hybrid Battery) whichever occurs first (for the states listed under the Warranty Jurisdiction (on page 37), excluding Delaware, Pennsylvania, and Washington). See page 37, NOTE1 and NOTE2, and page 38, NOTE4.

Warranty Coverage for the 2017 Sonata Plug-in Hybrid Battery and 2017 Ioniq Plug-in Hybrid Battery, certified as a PZEV only, is warranted for 10 years or 150,000 miles and not 15 years 150,000 miles, whichever occurs first (excluding Delaware, Pennsylvania and Washington).

## OWNER'S WARRANTY RESPONSIBILITIES

As the Hyundai vehicle owner, you are responsible for the performance of the required maintenance listed in the Hyundai Owner's Manual. HMA recommends that you retain all receipts covering maintenance on your Hyundai vehicle, but HMA cannot deny emission warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

36

## CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

You are responsible for presenting your Hyundai vehicle to a Hyundai dealership as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time.

As the Hyundai vehicle owner, you should also be aware that HMA may deny your warranty coverage if your Hyundai vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Hyundai Customer Care Center at 1-800-633-5151 or the California Air Resources Board at 9528 Telstar Avenue, El Monte CA 91731.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

Specific emission parts are covered up to 5 years or 60,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first, See Page 38, NOTE3.

2016-12-15    오후 3:29:47

# SECTION 10

CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

## WARRANTY JURISDICTION

This warranty applies exclusively to vehicles manufactured to California specifications which are distributed by Hyundai Motor America and must be sold, registered and operated in the states of California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.

Its coverage exists in addition to that of the Federal Emission Defect Warranty and the Federal Emission Performance Warranty.

NOTE1: The 15 years or 150,000 miles extended warranty applies to parts covered under the Performance and Defect Warranty, excluding the Plug-in Hybrid Battery, as listed in this Owner's Handbook to PZEV-certified only vehicles sold, registered and operated in the listed states, under the Warranty Jurisdiction (see page 36), with the exception of Delaware, Pennsylvania and Washington. The 15 years or 150,000 miles extended warranty does not apply in Delaware, Pennsylvania, or Washington.

NOTE2: Warranty coverage for the Plug-in Hybrid Battery is 10 years or 150,000 miles and not 15 years or 150,000 miles, whichever occurs first, with the exception of Delaware, Pennsylvania and Washington.

**SPECIAL NOTE : According to Federal Regulations, your vehicle may also be eligible for additional warranty coverage under the Federal Emission Warranty. California requires minimum emission warranty coverage of the first 3 years or 50,000 miles of vehicle use, with coverage for the first 7 years or 70,000 miles for certain "high cost" emission related parts, determined by a California government specified formula.**

**Hyundai provides greater warranty coverage of 5 years or 60,000 miles for all emission related components and 8 years or 80,000 miles coverage for catalytic converters, the electronic engine control module (includes the onboard emissions diagnostic device).**

## WARRANTY PARTS LIST

The 5 years/60,000 miles California Emission Control System Defect Warranty covers any part that can affect emissions. Some of these consist of the following parts:

37

# SECTION 10

# 5 YEARS/60,000 MILES CALIFORNIA VEHICLE EMISSION WARRANTY PARTS

**Air Induction System**
Air Cleaner Assembly
Intake Manifold   *7/70: Elantra 2.0L/1.4L~Turbo/1.6L~Turbo, Santa Fe Sport2.4L, Tucson 2.0L, Azera 3.3L, Accent 1.6L, Veloster1.6L, Santa Fe 3.3L, Sonata Hybrid 2.0, Sonata Plug-in Hybrid 2.0, Ioniq Hybrid 1.6L

Surge Tank   *7/70: Azera 3.3L, Santa Fe 3.3L
Turbocharger Assembly   *7/70: Veloster 1.6L~Turbo, Santa Fe Sport 2.0L~Turbo, Tucson 1.6L~Turbo, Sonata 1.6L~Turbo/2.0L~Turbo, Elantra 1.4L~Turbo/1.6L~Turbo

Intercooler Assembly
Exhaust Gas Recirculation
EGR Cooler *7/70

**Fuel Metering System**
Coolant Temperature Sensor
Air Flow Sensor
Manifold Absolute Pressure Sensor
Speed Sensor
Fuel Injectors
Fuel Delivery Line
Fuel Pump   *7/70 Elantra 2.0L/1.4L~Turbo/1.6L~Turbo, Sonata 2.0L~Turbo
High Pressure Pump (GDI)   *7/70: Accent 1.6L, Santa Fe Sport 2.0L~Turbo/2.4L, Sonata 1.6L~Turbo, Azera 3.3L, Santa Fe 3.3L, Elantra 1.4L~Turbo/1.6L~Turbo, Tucson 1.6L~Turbo

Pressure Sensor
Throttle Body
Throttle Position Sensor
Idle Speed Control System
Oxygen Sensor
Engine Control Module   *6/80
Knock Sensor

**Ignition System**
Spark Plugs and Ignition Wires
Ignition Coil
Camshaft Position Sensor
Crankshaft Position Sensor

**Valve Timing System**
Oil Control Valve Assy
Oil Temperature Sensor

**Evaporative Control System**
Vapor Storage Canister
Canister Close Valve
Canister Purge Control Valve

Fuel Tank   *7/70~Accent 1.6L, Veloster 1.6L/1.6L~Turbo, Elantra GT 2.0L, Sonata 1.6L~Turbo/2.0L/2.4L, Azera 3.3L, Tucson 1.6L~Turbo/2.0L, Santa Fe Sport 2.0L~Turbo/2.4L, Santa Fe 3.3L, Sonata Hybrid 2.0, Sonata Plug-in Hybrid 2.0, Ioniq Hybrid 1.6L

Fuel Tank Pressure Sensor
Fuel Filler Cap
Vapor Liquid Separator
ORVR (Vent) Valve
Rollover (Cut) Valve

**Positive Crankcase Ventilation System**
PCV Valve and Hose

**Catalyst and Exhaust System**
Exhaust Manifold Catalytic Assembly   *6/80
Exhaust Manifold
Exhaust Pipe (from manifold to catalyst)   *7/70 Sonata 1.6L~Turbo/2.0L~Turbo
Catalytic Converter Assembly   *6/80

**Charging System**
Alternator   *7/70 Tucson 1.6L~Turbo, Santa Fe Sport 2.0L~Turbo/2.4L
Battery Sensor
OAD

**Hybrid System (see NOTE5 below)**
Hybrid Battery   *10/100
Battery Management system *10/100
Hybrid Power Control Unit *10/100

**Plug-in Hybrid System (see NOTE5 below)**
Hybrid Battery   *10/150
Battery Management system *10/150
Hybrid Power Control Unit *10/150

**Miscellaneous Items Used In Above Systems**
Hoses, clamps, gasket or seals
Wires, harnesses, connectors
All sensors (switches, solenoids, valves) associated with the ECM

**Onboard Emissions Diagnostic Device (Included in Engine Control Module)**
Malfunction Indicator Light and Bulb
Data Link Connector

*Spark plugs shall be warranted for the emissions warranty period, or the first scheduled replacement time or mileage, whichever occurs first.*
**NOTE 1 :** Parts designated by *7/70" are warranted for 7 years or 70,000 miles, whichever occurs first, under the California Emission Warranty.
**NOTE 2 :** Parts designated by *6/80" are warranted for 6 years or 80,000 miles, whichever occurs first, under the Federal Emission Warranty. Vehicles covered by the California emission controls system warranty is also covered by the Federal Emission Warranty.
**NOTE 3 :** Specific emission parts covered up to 5 years or 50,000 miles, whichever occurs first, or up to the first required scheduled maintenance, whichever occurs first (See Hyundai Owner's Manual for required scheduled maintenance).
**NOTE 4 :** The above parts for an Elantra, Sonata, Sonata Plug-in Hybrid, and Ioniq Plug-in Hybrid vehicle, certified as a partial zero-emission vehicle (PZEV) only, are warranted for 15 years or 150,000 miles, whichever occurs first, under the California Emission Warranty (excluding the Plug-in Hybrid Battery). Please note: The Plug-in Hybrid Battery designated by *10/150" is warranted for 10 years or 150,000 miles, whichever occurs first, under the California Emission Warranty for specific 2017 model year Sonata Plug-in Hybrid vehicles, certified as a PZEV only, and not 15 years or 150,000 miles. The certified PZEV vehicle must be sold, registered and operated in one of the following states: California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Rhode Island, or Vermont (excluding Delaware, Pennsylvania and Washington). Section 10 of the Warranty Jurisdiction (see page 37 and NOTE1).
**NOTE 5 :** Warranty coverage for the Hybrid System and Plug-in Hybrid System is 10 years or 100,000 miles, whichever occurs first, under the Hyundai Hybrid System and Plug-in Hybrid System Warranty. The Hybrid Battery, Plug-in Hybrid Battery, and Electric Battery is warranted for Lifetime for Original Owners only.

38

# SECTION 10

## CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

Some items are scheduled for replacement as part of the required maintenance for the vehicle.

Replacement of these items is warranted up to the first replacement interval or up to the limits of the applicable Emission Warranty coverage period, whichever occurs first (Refer to the Scheduled Maintenance chart in the Hyundai Owner's Manual). Any such part repaired or replaced under warranty shall be warranted for the remainder of the warranty period for that part.

If the failure of a warranted component causes damage to any other vehicle part, both parts will be covered by the Emission Warranties.

### WARRANTY START DATE:

The above-mentioned warranty periods shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company car prior to sale at retail, on the date the vehicle is first placed in such service.

### WHAT IS NOT COVERED

THE CALIFORNIA EMISSION CONTROL SYSTEM DEFECTS WARRANTY AND THE CALIFORNIA EMISSION CONTROL SYSTEM PERFORMANCE WARRANTY SHALL NOT APPLY TO:

− Malfunctions in any part directly caused by abuse, misuse, modification, improper adjustment except those done by a dealership during warranty service work, alterations, tampering, disconnections, improper or inadequate maintenance, neglect or use of leaded gasoline or other fuels not recommended in the Hyundai Owner's Manual.
− Damage resulting from an accident or an Act of God.
− Any vehicle on which the odometer reading has been altered so that actual mileage cannot be readily determined.
− Failures that are a direct result of a lack of performance of required emission control maintenance as outlined in the Hyundai Owner's Manual.
− Parts or accessories used in applications for which they were not designed or not approved for use on the vehicle by HMA.
− Parts not supplied by HMA or damage to other parts caused directly by non-Hyundai parts or non-equivalent parts.
− The charge for diagnostic labor which does not lead to the determination that a warrantable condition exists.

39

2016-12-15   오후 3:29:47

# SECTION 10

- INCIDENTAL OR CONSEQUENTIAL DAMAGES, SUCH AS, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

The duration of any implied warranties, including those of MERCHANTABILITY and FITNESS FOR A PARTICULAR PURPOSE, regarding emissions systems defects are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts or the exclusion or limitation of incidental or consequential damage, so the limitations or exclusions set forth regarding this limited warranty may not apply to you.

## REPLACEMENT PARTS

It is recommended that any replacement parts used for maintenance, repair or replacement of the emission control system be parts supplied by HMA.

Maintenance, repair or replacement of the emission control system may be performed by any qualified automotive repair facility or individual, using parts other than Hyundai Genuine Parts without invalidating this warranty.

40

# CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

However, the cost of such maintenance and parts will not be covered under this warranty unless it is an "Emergency Repair" situation (Refer to "Emergency Repair" for definition of emergency repair situation).

Use of replacement parts which are not equivalent in quality to Hyundai Genuine Parts may impair the effectiveness of the emission control system. You should make sure such parts are warranted by their manufacturer to be equivalent in design and quality to Hyundai supplied parts. HMA assumes no liability under this warranty for any vehicle damage caused by a defect in any such parts.

## OBTAINING WARRANTY SERVICE

To obtain warranty service, you must return your Hyundai vehicle to any authorized Hyundai dealership in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington during its normal service business hours, where such service will be performed.

2016-12-15    오후 3:29:47

## SECTION 10

When failing a Smog Check test, an authorized Hyundai dealership may ask the owner to provide proof that the required maintenance was performed when the dealership has reason to believe that the required maintenance:

- o Was not performed and
- o If not performed, may be the cause for the particular vehicle exceeding applicable emission standards.

For a Smog check test failure, if your Warranty Claim under the 2017 California Emission Control Systems Limited Warranties is denied, HMA or its dealership will provide you with a written explanation of why the claim was denied within 30 days from the time you bring the car to a Hyundai dealership.

If the authorized Hyundai Dealership does not notify the vehicle owner within 30 days that a warrantable condition does not exist, then HMA will repair the vehicle free of charge, unless:

- o The delay is requested by you, the Hyundai vehicle owner, or
- o The delay is caused by factors beyond the control of HMA or an authorized Hyundai dealership.

## CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

The lack of availability of warranted parts within 30 days shall constitute an emergency situation (see EMERGENCY REPAIR).

### EMERGENCY REPAIR

In an emergency, where an authorized Hyundai dealership is not reasonably available, warranty repairs may be made at any available service facility, or by the owner using any replacement part. A repair not being completed within 30 days also constitutes an emergency.

HMA will reimburse you for your expenses including diagnostic charges, for repairs covered by this warranty, for parts at HMA's suggested retail price, and for labor at a geographically appropriate labor rate per HMA's recommended time allowance. For reimbursement, present all replaced parts and a copy of your paid receipt to any authorized Hyundai dealership. HMA assumes no liability for the workmanship of the repair facility.

41

# SECTION 10

# CALIFORNIA EMISSION CONTROL SYSTEMS WARRANTY

## CALIFORNIA VEHICLE INSPECTION PROGRAM

If your 2017 Hyundai vehicle fails to pass a Smog Check test after a period of use of 5 years or 60,000 miles, but before a period of use of 8 years or 80,000 miles, whichever occurs first, you may choose to have your vehicle repaired at an authorized Hyundai dealership or another service facility.

In the event that the Hyundai dealership or determines that the smog check failure was caused by the failure or malfunction of a part listed in this Owner's Handbook specially noted with coverage for 8 years or 80,000 miles, then your Hyundai vehicle will be repaired under this limited warranty at no expense to you, unless the part failure or malfunction was caused by abuse, neglect, or improper maintenance.

However, if the authorized Hyundai dealership determines that the smog check failure was directly caused by abuse, neglect, or improper maintenance, then you will be responsible for all diagnostic and repair costs related to detecting and repairing your Hyundai vehicle so it will pass the Smog Check test. If you choose to have your Hyundai vehicle repaired at a service facility other than an authorized Hyundai dealership, HMA will not be liable for any diagnostic and repair expenses, except where such repair is necessary by reason of an emergency.

If your Hyundai vehicle is determined to fail the Smog Check test by such service facility, you may deliver your Hyundai vehicle to an authorized Hyundai dealership and have it repaired free of charge in accordance with this warranty.

## OBTAINING WARRANTY SERVICE

In the event of a Claim, you must return your vehicle to an authorized Hyundai dealership for examination and approval by Hyundai prior to any repair or replacement.

Warranty service will be provided by authorized Hyundai dealership without charge for parts or labor.

42

# SECTION 11

## WHAT IS COVERED

Warranty coverage is for repair or replacement of any Hyundai Genuine Replacement Part or Accessory supplied from Hyundai Motor America which is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered."

Repairs are to be performed using New Hyundai Genuine Parts or Hyundai authorized remanufactured parts.

Parts/Accessories that were sold and installed by an Authorized Hyundai Dealership will be repaired or replaced without charge for parts/accessories and labor. If the parts/accessories were not originally installed by an Authorized Hyundai Dealership, they will be repaired or replaced without charge for parts/accessories, but labor charges will not be covered.

INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

## REPLACEMENT PART WARRANTY PERIOD

The Replacement Parts Limited Warranty period is limited to 1 year from the date of installation, or twelve thousand (12,000) miles of service, whichever occurs first, for Hyundai Genuine replacement parts supplied by HMA and purchased from and installed by an authorized Hyundai dealership. Parts replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty, Hybrid System Warranty, or California Emission Control Systems Warranty, are warranted for the remainder of the applicable warranty which the part was previously replaced under.

Certain Emission Control System items require scheduled replacement as part of the scheduled maintenance of the vehicle (i.e. spark plugs). Replacement of these items is warranted in normal service up to the first replacement interval only (Refer to the Hyundai Owner's Manual and its scheduled maintenance section). Genuine Hyundai Parts and Accessories supplied by HMA and purchased from an authorized Hyundai dealership, but not installed by an authorized Hyundai dealership, are covered for twelve (12) months from the date of purchase from the authorized Hyundai dealership.

43

# SECTION 11    REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

## ACCESSORY WARRANTY PERIOD

A Hyundai Genuine accessory installed by an authorized Hyundai dealership on a new vehicle at the time of, prior to, or after the vehicle's date of delivery to the original retail purchaser, or the date the vehicle is first put into service, is covered under the New Vehicle Limited Warranty and is limited to 5 years from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

A Hyundai Genuine accessory purchased over-the-counter is warranted for 1 year/unlimited mileage.

An air conditioning system installed by an authorized Hyundai dealership is covered for 1 year or twelve thousand (12,000) miles, whichever occurs first, or the remainder of the New Vehicle Limited Warranty, whichever is greater, from the date of installation. An AM/FM radio, CD/DVD player, air conditioning system, Bluetooth or navigational system purchased over the counter is warranted for 1 year/unlimited mileage. AM/FM radio, CD/DVD player, navigational system, and Bluetooth are covered for 1 year/unlimited mileage if purchased and installed after the vehicle has been retailed or placed into service.

## OWNER'S RESPONSIBILITIES

* Proper use, maintenance, and care of the vehicle (part) in accordance with the instructions contained in the Hyundai Owner's Manual.
* Retention of maintenance service records. It may be necessary for the customer to demonstrate and prove that the required maintenance has been performed, as specified in the Hyundai Owner's Manual.
* Retention of the customer's copy of the original repair order or original part counter sales receipts. The repair order or sales slip receipt will state the date of the parts sale. For parts originally installed by an authorized Hyundai dealership, the repair order must also state the mileage of the vehicle at the time of original replacement.
* Delivery of the part or accessory and supporting documentation indicating the date and, if applicable, mileage at time of purchase and installation during regular parts and/or service hours to any authorized Hyundai dealership to obtain warranty service.

44

SECTION 11

# SECTION 11

## SECTION 11

# REPLACEMENT PARTS AND ACCESSORIES LIMITED WARRANTY

## WHAT IS NOT COVERED

* Normal maintenance services of parts or accessories such as: cleaning, adjustment or replacement (i.e. spark plugs that are oil fouled, lead fouled, or which fail due to the use of low grade or contaminated fuel).

* Parts or accessories that fail due to abuse, misuse, neglect, alteration or accident, or which have been improperly lubricated or repaired.

* Parts or accessories used in applications for which they were not designed or not approved by HMA.

* Failures due to normal wear.

* Failures caused by non-Hyundai parts.

* Any vehicle on which the odometer reading has been altered so that mileage cannot be accurately determined.

* Any part previously replaced under the terms of the New Vehicle Limited Warranty, Powertrain Limited Warranty, Federal Emission Defect Warranty, Federal Emission Performance Warranty, Hybrid System Warranty or California Emission Control Systems Warranty.

* INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF TIME, INCONVENIENCE, LOSS OF USE OF THE VEHICLE, OR COMMERCIAL LOSS ARE NOT COVERED UNDER THIS WARRANTY.

* The duration of any implied warranties, including those of MERCHANTABILTY and FITNESS FOR A PARTICULAR PURPOSE, are limited to the duration of this limited warranty.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitations of incidental or consequential damages, so the limitation or exclusions set forth regarding this limited warranty may not apply to the owner.

NOTE:
Vehicles which contain non-Hyundai Genuine parts, or which have been misused, or improperly maintained, will not have the coverage under the Replacement Parts and Accessories Limited Warranty denied, unless the non-Hyundai Genuine part, the misuse, or the improper maintenance directly caused or contributed to the subsequent problem.

## OBTAINING WARRANTY SERVICE

Warranty Service will be provided by any authorized Hyundai dealership.

45

MEMO

46

2016-12-15   오후 3:29:48

MEMO

47

MEMO

48