Payam Shahian (SBN 228406)
Email: pshahian@slpattorney.com
Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
Email: emailservices@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
**A PROFESSIONAL CORPORATION**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Dara Tabesh (SBN 230434)
E-mail: dara.tabesh@ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639
Attorneys for Plaintiff
DAYNA OWEN

Julian G. Senior (SBN: 219098)
Siyun Yao (SBN: 305759)
mail@sjllegal.com
**SJL LAW LLP**
841 Apollo Street, Suite 300
El Segundo, CA  90245
Tel. No.: 424.290.0720
Fax No.: 424.290.0721
Attorneys for Defendant
HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dayna Owen,<br><br>                   Plaintiff,<br><br>     v.<br><br>Hyundai Motor America; and Does 1 through 10, inclusive,<br><br>                   Defendants. | Case No.: 2:22-cv-00882-KJM-CKD<br><br>Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Carolyn K. Delaney<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT DISCOVERY CUT-OFF FOR LIMITED PURPOSE**<br><br>[Concurrently filed with Joint Stipulation and Declaration of Tionna Carvalho]<br><br>Complaint Filed: March 25, 2022<br>Trial Date:  None set. |

The court, having considered the Joint Stipulation to Continue Fact Discovery Cut-Off for Limited Purpose ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby **grants** the Stipulation and **orders** as follows:

Fact Discovery Completion date, currently set for December 8, 2023, is continued to March 8, 2024, for Plaintiff to further depose Defendant under Rule 30(b)(6) and to depose Mr. Wayne Gates.

**IT IS SO ORDERED.**

DATED: December 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE