# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dayna Owen, | Case No. 2:22-cv-00882-KJM-CKD |
| Plaintiff, | District Judge: Kimberly J. Mueller |
| vs. | **JUDGMENT** |
| Hyundai Motor America; and Does 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Dayna Owen ("Plaintiff") accepted Hyundai Motor America's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on January 15, 2024.

Accordingly, the court **enters judgment in favor of Plaintiff in the amount of $72,000.00 pursuant to the terms of the Rule 68 Offer**.

IT IS SO ORDERED.

DATED: January 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1

**JUDGMENT**